**FILED**

JUL 16 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH CHARLES CHAPMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>UNKNOWN<br><br>    Defendant. | No. C 12-2921 LHK (PR)<br><br>ORDER GRANTING<br>EXTENSION OF TIME TO FILE<br>COMPLAINT |

Plaintiff, a state prisoner, filed a letter which commenced this action. (Docket No. 1.) The letter was construed as an attempt to file a complaint under 42 U.S.C. § 1983. The Clerk notified Plaintiff that he had failed to submit a complaint. (Docket No. 2.) Plaintiff was further advised that his failure to file a complaint within thirty days would result in the dismissal of this action. Plaintiff has filed a request for an extension of time of thirty (30) days to file a complaint. Good cause having been shown, Plaintiff's request is **GRANTED**. Plaintiff shall file a complaint within thirty (30) days from the filing date of this order.

IT IS SO ORDERED.

DATED: 7/16/12

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Order Granting Ext. of Time to file Complaint
G:\PRO-SE\SJ.LHK\CR.12\Chapman921eot_compl.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KENNETH CHAPMAN,

        Plaintiff,

v.

// et al,

        Defendant.

Case Number: CV12-02921 LHK

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 16, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth Charles Chapman AC-5884
Hign Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Dated: July 16, 2012

                                        Richard W. Wieking, Clerk
                                        /s/ By: Elizabeth Garcia, Deputy Clerk