1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 KENNETH CHARLES CHAPMAN,                )   No. C 12-2921 LHK (PR)
                                           )
12          Plaintiff,                     )   ORDER OF TRANSFER
                                           )
13     vs.                                 )
                                           )
14 WARDEN MCDONALD, et al.,                )
                                           )
15          Defendants.                    )
                                           )

16

17          Plaintiff, a state prisoner proceeding *pro se*, filed a federal civil rights complaint pursuant

to 42 U.S.C. § 1983.  The acts complained of appear to have occurred in Susanville, and

18 Defendants are located in Susanville, which lies within the venue of the Eastern District of

19 California.  Therefore, venue properly lies in the Eastern District.  *See* 28 U.S.C. § 1391(b).

20 Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern

21 District of California.  *See* 28 U.S.C. § 1406(a).  The Clerk shall terminate all pending motions

22 and transfer the entire file to the Eastern District of California.

23          IT IS SO ORDERED.

24 DATED:  __10/3/12__

25                                         LUCY H. KOH
                                           United States District Judge

26

27

28

Order of Transfer
G:\PRO-SE\SJ.LHK\CR.12\Chapman921trans.wpd